## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

_____/

IN RE:
   **LINDA JEAN HEDDEN,**
      **Debtors**

                                   Case No.: 10-56075-WSD
                                   Honorable: SHAPERO


_____/

 JOHN R. BAILEY, P.C.
**JOHN R. BAILEY (P43677)**
Attorney for Debtor(s)
3150 Packard Road
Ypsilanti, MI 48197
(734) 485-3232
jrbaileyatlaw@yahoo.com
_____/


## RESPONSE TO TRUSTEE'S OBJECTIONS TO
## DEBTOR'S EXEMPTION CLAIMS


NOW COMES the Debtor, LINDA JEAN HEDDEN, by and through her Attorney, JOHN R. BAILEY, and state in response to the Motion as follows:

1. Debtor admits the allegations in paragraph #1.

2. Debtor admits the allegations in paragraph #2.

3. Debtor admits the allegations in paragraph #3.

4. Debtor admits the allegations in paragraph #4, and further states Debtor filed Pro Se, and is filing the proper amendment.

5. Debtor neither admits nor denies the allegations in paragraph #5, but leaves Trustee to his proofs.

6. Debtor neither admits nor denies the allegations in paragraph #5, but leaves Trustee to his proofs.

7. Debtor denies the allegations in paragraph #7 as untrue.

8. Debtor neither admits nor denies the allegations in paragraph #5, but leaves Trustee to his proofs.

9. Debtor neither admits nor denies the allegations in paragraph #5, but leaves Trustee to his proofs.

WHEREFORE, your Debtor, LINDA JEAN HEDDEN, respectfully request this Honorable Court to:

A. Deny Trustee's objections in their entirety.

B. Grant any other relief this Court may find just and equitable.

Respectfully submitted,

JOHN R. BAILEY (P43677)
Attorney for Debtor
3150 Packard Road
Ypsilanti, MI 48197
(734) 485-3232