Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **10−56075−wsd**
Chapter: 7
Judge: Walter Shapero.Detroit

In Re: (NAME OF DEBTOR(S))
   Linda Jean Hedden
   dba Helen Twowheels
   616 Barber
   Ann Arbor, MI 48103

Social Security No.:
   xxx−xx−5055

Employer's Tax I.D. No.:

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 1042, 231 W. Lafayette, Detroit, MI 48226** on **9/23/10** at **09:30 AM** to consider and act upon the following:

*32* – Objection to Debtor's Claim of Exemptions with Brief in Support of Trustee's Objections to Debtor's Exemption Claims, proposed Order, Notice of Filing and Opportunity to Respond and Certificate of Service Filed by Trustee Timothy J. Miller (Miller, Timothy)

Dated: 8/27/10

                                                        BY THE COURT

                                                        Katherine B. Gullo
                                                        Clerk, U.S. Bankruptcy Court

                                                        BY: LAFord
                                                        Deputy Clerk